In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00185-CV**

_____

**IN RE COMMITMENT OF ROBERT LEOS**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 12-02-01648-CV**

**MEMORANDUM OPINION**

On May 22, 2017, Robert Leos filed a notice of appeal from an order denying a motion to appoint an expert to assist Leos in a sexually violent predator commitment case.[1] We questioned our jurisdiction, and Leos and the State filed replies.

On April 25, 2017, the trial court signed an order denying Leos's motion to appoint an expert witness and an order denying Leos's motion to abate further

_____

[1] Leos was civilly committed on July 25, 2012. *See generally In re Commitment of Leos*, No. 09-12-00523-CV, 2013 WL 5658380, at *1 (Tex. App.—Beaumont Oct. 17, 2013, no pet.) (mem. op.). Leos is seeking to appeal trial court orders incidental to a biennial review of that civil commitment.

proceedings in the trial court. Neither order contains language indicating that the trial court intended to make a final disposition of the civil commitment.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har– Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Leos neither claims that the trial court conducted a jury trial regarding his release from civil commitment, nor has he identified a signed order by the trial court that Leos may appeal as an accelerated appeal. *See generally* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a), (d) (West Supp. 2016). Accordingly, the appeal is dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a); 43.2(f).

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on July 19, 2017
Opinion Delivered July 20, 2017

Before McKeithen, C.J., Kreger and Johnson, JJ.